Katherine Schafer, Appellee, v. City of Edwardsville, Illinois, Appellant.

opinion filed March 1, 1941. Perry H. Hiles and D. M. Buckley, for appellant; Tyree C. Derrick, Robert A. McIlrath and J. D. Wilson, for appellee. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."